```
 1
 2
 3
 4
 5
 6
 7                     UNITED STATES DISTRICT COURT
 8                    EASTERN DISTRICT OF CALIFORNIA
 9                            ----oo0oo----
10  UNITED STATES OF AMERICA,
11            Plaintiff,              CR. NO. S-08-100 WBS
12  vs.
13  RONALD ANTHONY McCLURE, JR.,      RELATED CASE ORDER
14            Defendant.
   _____/
15
16  UNITED STATES OF AMERICA,
17            Plaintiff,              CR. NO. S-08-270 EJG
18  vs.
19  RONALD ANTHONY McCLURE, JR.,
20            Defendant.
   _____/
21
22          Examination of the above-entitled actions reveals that
23  these actions are related within the meaning of Local Rule 83-
24  123(a) because the same defendant, Ronald Anthony McClure, is
25  charged in both indictments.  E. Dist. of Cal. Local R. 83-
26  123(a).  Accordingly, the assignment of the matters to the same
27  judge is likely to effect a substantial saving of judicial
28  effort and is also likely to be convenient for the parties.
```

1    The parties should be aware that relating the cases
2 under Local Rule 83-123 merely has the result that both actions
3 are assigned to the same judge; no consolidation of the actions
4 is effected.  Under the regular practice of this court, related
5 cases are generally assigned to the judge and magistrate to whom
6 the first filed action was assigned.
7    IT IS THEREFORE ORDERED that the actions denominated
8 <u>United States v. McClure</u>, Cr. No. 08-100 WBS, and <u>United States</u>
9 <u>v. McClure</u>, Cr. No. 08-270 EJG, be, and the same hereby are,
10 deemed related and the case denominated <u>United States v.</u>
11 <u>McClure</u>, Cr. No. 08-270 EJG, shall be reassigned to the
12 Honorable WILLIAM B. SHUBB.  Any dates currently set in the
13 reassigned case <u>only</u> are hereby VACATED.  Henceforth, the
14 caption on documents filed in the reassigned case shall be shown
15 as <u>United States v. McClure</u>, Cr. No. 08-270 WBS.
16    IT IS FURTHER ORDERED that the Clerk of the Court
17 make appropriated adjustment in the assignment of criminal cases
18 to compensate for this reassignment.
19 DATED:  July 1, 2008

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE