DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD ANTHONY MCCLURE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-0100 WBS; & |
| | )     CR-S-08-0270 WBS |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND [PROPOSED]ORDER |
| | ) |
| RONALD ANTHONY MCCLURE, | ) |
| | ) Date: September 8, 2008 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| _____ | ) |

It is hereby stipulated between the parties, Assistant United States Attorney Ken Melikian, and Assistant Federal Defender Caro Marks, attorney for defendant Ronald Anthony McClure, as follows:

The status conference hearing date of August 11, 2008, should be continued until September 8, 2008.

The reason for the continuance is to allow the defense to continue its investigation of the case. The charges allege "child sex trafficking" by Mr. McClure involving a juvenile girl. The defense

needs additional time to complete its investigation of the alleged victim. Also, the government's discovery features a percipient witness whom the defense needs time to identify, locate and interview.

Therefore, IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including September 8, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: August 6, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
RONALD ANTHONY MCCLURE

/s/ Ken Melikian
_____
KEN MELIKIAN
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 11, 2008, status conference be continued to September 8, 2008, at 8:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds

that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the status conference on September 8, 2008 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  August 7, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE