1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   RONALD ANTHONY MCCLURE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-100 WBS |
| Plaintiff, | ) | Cr.S. 08-270 WBS |
| | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | |
| RONALD ANTHONY MCCLURE, | ) | DATE: November 24, 2008 |
| | ) | TIME: 8:30 a.m. |
| Defendant. | ) | JUDGE: Hon. William B. Shubb |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through KENNETH MELIKIAN, Assistant U.S. Attorney, and defendant, RONALD ANTHONY MCCLURE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, November 24, 2008 be continued to Monday, January 12, 2009 at 8:30 a.m.

As the court is aware, Mr. McClure's attorney, Assistant Federal Defender Caro Marks, was involved in a traffic accident which has caused her prolonged absence from the office.  As a result, this case and others were reassigned on October 29th. to new defense counsel.

Since that time, defense counsel has met with Mr. McClure, and begun a comprehensive review of the discovery and issues in the case. These efforts are ongoing. Once these efforts are complete, defense counsel will have to meet again with Mr. McClure in order to fully advise him.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 12, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 20, 2008     Respectfully submitted,
                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             RONALD ANTHONY MCCLURE


DATED: November 20, 2008     McGREGOR W. SCOTT
                             United States Attorney

                             /s/ Ben Galloway for
                             KENNETH MELIKIAN
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The status conference set for Monday, November 24, 2008 is continued to Monday, January 12, 2009 at 8:30 a.m. Time is excluded from today's date through and including January 12, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: November 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE