1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY,#214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   RONALD ANTHONY MCCLURE JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr.S 08-100 WBS |
|---|---|
| | ) Cr.S 08-270 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
| | ) MOTION HEARING AND SET A NEW |
| RONALD ANTHONY MCCLURE JR., | ) BRIEFING SCHEDULE |
| Defendant. | ) Date: March 9, 2009 |
| | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

The United States of America, through KENNETH MELIKIAN, Assistant United States Attorney, along with defendant, RONALD ANTHONY MCCLURE JR. by and through his counsel BENJAMIN D. GALLOWAY, of the Federal Defenders Office, hereby stipulate to continue the motion hearing from March 9, 2009 at 8:30 a.m. to March 16, 2009 at 8:30 a.m..

The following will be the new briefing schedule:

Defense Opposition Due . . . . . . . . . . . . . . . . . March 2, 2009

/ / /

/ / /

```
     Government Reply Due . . . . . . . . . . . . . . . . . . March 9, 2009
     Motion Hearing . . . . . . . . . . . . . . . March 16, 2009, 8:30 AM
```

Dated: February 23, 2009                Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/  Benjamin D. Galloway
                                        BENJAMIN D. GALLOWAY
                                        Assistant Federal Defendant
                                        Attorney for Defendant
                                        RONALD ANTHONY MCCLURE JR.


Dated: February 23, 2009                LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ Matthew Stegman
                                        KENNETH MELIKIAN
                                        Assistant U.S. Attorney


**O R D E R**


IT IS SO ORDERED.


Dated: March 2, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE