```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY,#214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    RONALD ANTHONY MCCLURE JR.
 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
    UNITED STATES OF AMERICA,          ) Cr.S 08-100 WBS
13                                     ) Cr.S 08-270 WBS
                  Plaintiff,           )
14                                     )
         v.                            ) STIPULATION AND [PROPOSED]ORDER
15                                     ) CONTINUING MOTION HEARING
    RONALD ANTHONY MCCLURE JR.,        )
16                                     ) Date: March 30, 2009
                  Defendant.           ) Time:  8:30 a.m.
17                                     ) Judge: Hon. William B. Shubb
    _____)
18
```

The United States of America, through KENNETH MELIKIAN, Assistant United States Attorney, along with defendant, RONALD ANTHONY MCCLURE JR. by and through his counsel BENJAMIN D. GALLOWAY, of the Federal Defenders Office, hereby stipulate to continue the motion hearing from March 23, 2009 at 8:30 a.m. to March 30, 2009 at 8:30 a.m..

This continuance is requested due to a family emergency.

Speedy trial time is to be excluded from the date of this order through the date of the motion hearing set for April 6, 2009 pursuant

to 18 U.S.C. §§ 3161 (h)(1)(F) [pending motion] (Local Code E).

Dated: March 20, 2009        Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/  Benjamin D. Galloway
                             BENJAMIN D. GALLOWAY
                             Assistant Federal Defendant
                             Attorney for Defendant
                             RONALD ANTHONY MCCLURE JR.

Dated: March 20, 2009        LAWRENCE G. BROWN
                             Acting United States Attorney

                             /s/ Benjamin D. Galloway for
                             KENNETH MELIKIAN
                             Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: March 23, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE