THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　v.<br><br>RONALD MCCLURE,<br><br>　　　　　Defendant. | Case No.: 2:08-cr-00270-WBS<br><br>STIPULATION AND ORDER CONTINUANCE OF DISPOSITION HEARING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Disposition Hearing scheduled for June 21, 2022, is continued to July 25, 2022, at 9:00 a.m.  Defense counsel needs additional time to prepare for the hearing.  Justin L. Lee, Assistant United States Attorney, and Thomas A. Johnson, along with Monica A. Quinlan, Defendant's attorneys, agree to this continuance. The assigned probation officer is available on the newly requested date.

**IT IS SO STIPULATED.**

Dated: June 14, 2022　　　　　　　　　　　　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Ronald McClure

Dated: June 14, 2022　　　　　　　　　　　　/s/ Monica A. Quinlan
　　　　　　　　　　　　　　　　　　　　　　MONICA A. QUINLAN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Ronald McClure

1

PHILLIP A. TALBERT<br>
United States Attorney

Dated: June 14, 2022   /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED:  The Disposition Hearing is rescheduled for July 25, 2022 at 9:00 a.m.

Dated:  June 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2