THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>RONALD MCCLURE,<br><br>        Defendant. | Case No.: 2:08-cr-00270-WBS<br><br>STIPULATION AND ORDER CONTINUANCE OF DISPOSITION HEARING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Disposition Hearing scheduled for July 25, 2022, is continued to August 22, 2022, at 9:00 a.m.  Defense counsel needs additional time to prepare for the hearing – both Mr. Johnson and Ms. Quinlan were out of the office for quite some time recently due to COVID-19. Justin L. Lee, Assistant United States Attorney, and Thomas A. Johnson, along with Monica A. Quinlan, Defendant's attorneys, agree to this continuance. The assigned probation officer is available on the newly requested date.

**IT IS SO STIPULATED.**

Dated: July 14, 2022  /s/ Thomas A. Johnson
  THOMAS A. JOHNSON
  Attorney for Ronald McClure

Dated: July 14, 2022  /s/ Monica A. Quinlan

1

|  |  |
|---|---|
|  | MONICA A. QUINLAN<br>Attorney for Ronald McClure |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Dated: July 14, 2022 | /s/ Justin L. Lee<br>JUSTIN L. LEE<br>Assistant U.S. Attorney |

## **ORDER**

IT IS SO ORDERED: The Disposition Hearing is continued to **August 22, 2022, at 9:00 a.m.**

Dated: July 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2