THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN, #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD MCCLURE,<br><br>　　　　　Defendant. | Case No.: 2:08-cr-00270-WBS<br><br>STIPULATION AND ORDER CONTINUANCE OF DISPOSITION HEARING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Disposition Hearing scheduled for August 22, 2022, is continued to September 6, 2022, at 9:00 a.m.  Defense counsel needs additional time to prepare for the hearing – the parties have one additional issue to discuss prior to sentencing and need more time to do so. Justin L. Lee, Assistant United States Attorney, and Thomas A. Johnson, along with Monica A. Quinlan, Defendant's attorneys, agree to this continuance. The assigned probation officer is available on the newly requested date.

**IT IS SO STIPULATED.**

Dated: August 17, 2022　　　　　　　　　　　　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Ronald McClure

1

Dated: August 17, 2022                    /s/ Monica A. Quinlan
                                          MONICA A. QUINLAN
                                          Attorney for Ronald McClure

                                          PHILLIP A. TALBERT
                                          United States Attorney

Dated: August 17, 2022                    /s/ Justin L. Lee
                                          JUSTIN L. LEE
                                          Assistant U.S. Attorney

**ORDER**

     IT IS SO ORDERED.

Dated: August 17, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2